LAW OFFICES
# Pezold, Smith, Hirschmann & Selvaggio, LLC

120 Main Street
Huntington, New York 11743-6936
Tel: (631) 427-0100
Fax: (631) 549-8962
www.transportlaw.com

George Carl Pezold †
george.pezold@transportlaw.com
Gerard F. Smith *
smith@transportlaw.com
Thomas R. Hirschmann †
hirschmann@transportlaw.com
Raymond A. Selvaggio †
rselvaggio@transportlaw.com

————————————
† Admitted in NY
* Admitted in NJ
‡ Admitted in MN

New Jersey
One Broadway, Suite 201
Denville, New Jersey 07834
Tel: (973) 586-6700
Fax: (973) 586-0955
– A New Jersey LLC –
————
William J. Augello
(1924-2006)
————

Of Counsel
Stephen W. Beyer †
Brent Wm. Primus ‡

July 27, 2023



**Via ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007

    Re:    *Navigators Management Company, Inc. v. Evergreen Marine (Asia) PTE. Ltd. d/b/a Evergreen Line, et al.*
           Civil Action No. 23-CIV-3994 (KPF)

Dear Judge Failla:

    We represent Plaintiff Navigators Management Company, Inc. ("Navigators") in the above-referenced action. We write to you today to request an adjournment of the Initial Pretrial Conference currently scheduled for August 4, 2023. This is the first request for an adjournment.

    The reason for this request is because service on the defendants has not been completed and as such no defendants have appeared in the action. Since the defendants have yet to appear, no adversary has consented or refused consent to this request.

    Thank you for your consideration of this request.

                                    Respectfully submitted,

                                    */s/Raymond A. Selvaggio*

                                    Raymond A. Selvaggio

Application GRANTED.  The initial pretrial conference scheduled for **August 4, 2023,** is hereby ADJOURNED to **October 4, 2023, at 4:00 p.m.** Plaintiff is reminded of its obligation to effectuate service on Defendants on or before the deadline prescribed by Federal Rule of Civil Procedure 4(m).

The Clerk of Court is directed to terminate the pending motion at docket number 14.

Dated:    July 28, 2023          SO ORDERED.
          New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE